**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ZIDALIA LILLIETH SANDOVAL
FONSECA,

     Petitioner,

                                      Case No. 3:26-cv-637-TJC-PDB

v.

WARDEN BAKER COUNTY
DETENTION CENTER, et al.,

     Respondents.

---

## O R D E R

Petitioner Zidalia Lillieth Sandoval Fonseca, a native of Nicaragua, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). On June 12, 2026, Respondents notified the Court that Petitioner was released from custody on bond. (Doc. 9). Because Petitioner is no longer in immigration custody, it is hereby

**ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot.**

2. The Clerk shall terminate all pending motions and deadlines and close the file.

2

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of July, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record